THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TIMOTHY L. JENKINS,** *ET AL.* | ) |
| | ) |
| **PLAINTIFFS,** | ) |
| | ) |
| **V.** | ) |
| | ) **CASE NO. 1-22-CV-00874 (RC)** |
| | ) |
| **THE HOWARD UNIVERSITY,** *ET AL.* | ) |
| | ) |
| **DEFENDANTS.** | ) |
| | ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Timothy L. Jenkins, *et al*., hereby appeal to the Court of Appeals for the United States District Court for the District of Columbia from an Order dated June 12, 2023 [Docket #25] denying Plaintiffs' Motion for Leave to File a Second Amended Complaint and granting Defendants' Motion to Dismiss.

DATE: July 10, 2023.

                                                                                    Respectfully submitted,
                                                                                    DONALD M. TEMPLE, P.C.

By:   */s/Donald M. Temple*
        Donald M. Temple, Esq.
        [408749]
        1310 L Street, NW, Suite 750
        Washington, D.C. 20005
        (202) 628-1101
        (202) 217-2774 fax
        dtemplelaw@gmail.com
        ***Attorney for Plaintiffs***