# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-7093**  **September Term, 2024**

**1:22-cv-00874-RC**

**Filed On: January 29, 2025** [2097274]

Timothy L. Jenkins, et al.,

    Appellants

  v.

Howard University and Howard University
Board of Trustees,

    Appellees

## M A N D A T E

In accordance with the judgment of December 20, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Daniel J. Reidy
Deputy Clerk

Link to the judgment filed December 20, 2024