# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 23-7093**  **September Term, 2024**
FILED ON: DECEMBER 20, 2024

TIMOTHY L. JENKINS, ET AL.,
    APPELLANTS

v.

HOWARD UNIVERSITY AND HOWARD UNIVERSITY BOARD OF TRUSTEES,
    APPELLEES

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:22-cv-00874)

---

Before: MILLETT, WILKINS and RAO, *Circuit Judges*

## J U D G M E N T

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court be reversed and the case be remanded to the District Court with instructions to dismiss this case without prejudice for lack of subject matter jurisdiction, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

                  **FOR THE COURT:**
                  Mark J. Langer, Clerk

            BY:    /s/

                  Michael C. McGrail
                  Deputy Clerk

Date: December 20, 2024

Opinion for the court filed by Circuit Judge Wilkins.